Before State Industrial Commission, Respondent. [In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Ernesta Calmari, Widow, and Minor Children, Respondents, for the Death of Domenico Semproni, Deceased, v. Winston & Company, Employer, Appellant.— Award affirmed. All concurred, except Lyon and H. T. Kellogg, JJ., dissenting.

Before State Industrial Commission, Respondent. In the Matter of the Claim of Julia Sayers, Widow, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of Edward Sayers, Senior, Husband, v. Bill, Bell & Company, Employer, and Ocean Accident and Guarantee Corporation, Ltd., Insurance Carrier, Appellants.— Award unanimously affirmed.    John M. Kellogg, P. J., not sitting.

## Fourth Department, May, 1918.

William J. Blacklock, Respondent, v. John M. Richie, Appellant.— Judgment reversed, upon questions of law and fact, and a new trial granted, with costs to appellant to abide event, without prejudice to a motion to vacate the order of reference upon the facts appearing in this record.    All concurred.

In the Matter of the Estate of George M. Case, Deceased.    Albert Lee, Appellant; Victorine Lee, as Executrix and Legatee, etc., and Others, Respondents.— Decree so far as appealed from affirmed, with costs.    All concurred, except Merrell, J., who dissented upon the authority of Matter of Baer (147 N. Y. 348) and Gilliam v. Guaranty Trust Co. (186 id. 127, 133).

Mary Johnson, Respondent, v. City of Niagara Falls, Appellant.— Judgment and order affirmed, with costs.    All concurred, except Kruse, P. J., who dissented upon the ground that the locus in quo is not a public highway so as to charge the defendant with the duty of maintenance thereof.

Cathrine A. Greenwood, as Sole Administratrix, etc., Appellant, v. The Lehigh Valley Railroad Company and Another, Respondents.— Judgment and order affirmed, with costs.    All concurred.

John Barrett, Respondent, v. Eugene H. Carpenter, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.    Held, that the verdict is against the weight of the evidence upon question of malpractice; also that the verdict is excessive upon the facts appearing in this record.    All concurred.

The Greene & Fish Company, Plaintiff, v. Robert F. Kreinheder and Another, Defendants.— Defendants' exceptions overruled and motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.    All concurred.

Frances A. Sanford and Others, Respondents, v. The Village of Wilson, Appellant.— Judgment affirmed, with costs.    All concurred.

Bernard McGovern, an Infant, by John F. McGovern, His Guardian ad Litem, Respondent, v. New York Telephone Company, Appellant.— Judgment and order reversed and complaint dismissed, with costs.    Held, that the plaintiff failed to make out a case of actionable negligence.    All concurred.